UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Sylvia Barrett,<br>    Plaintiff,<br><br> v.<br><br>Michael J. Astrue,<br>Commissioner of the Social Security<br>Administration,<br>    Defendant. | **JUDGMENT**<br><br>No. 4:11-CV-115-WW |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for judgment on the pleadings [DE # 36] is DENIED. Defendant's motion for judgment on the pleadings [DE# 41] is GRANTED and the final decision by Defendant is AFFIRMED.

**This judgment filed and entered on April 19, 2012, and served on:**

Brian M. Ricci  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

April 19, 2012             /s/ Julie A. Richards,
                    Clerk of Court